# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JAMES SAVINO,

      Plaintiff,

      v.                                 Case No.:  6:26-cv-00150-PGB-LHP

REVCO SOLUTIONS, INC.,

      Defendant,

## ORDER

Before the Court is Plaintiff's Request for Entry of Clerk Default.  Doc. No. 12.  On review, the motion does not adequately address, by citation to legal authority, that service of process on Defendant Revco Solutions, Inc. was proper. *See generally United States v. Donald*, No. 3:09-cv-147-J-32HTS, 2009 WL 1810357, at *1 (M.D. Fla. June 24, 2009) (before a Clerk's default can be entered against a defendant, the Court must determine that the defendant was properly served).

Specifically, the return of service states that service was effected upon an employee of Defendant's registered agent, Corporation Service Company, located at 1201 Hays Street, Tallahassee, Florida 32301.  Doc. No. 10.  However, records from Florida's Department of State reflect that Defendant has a different registered agent, Legalinc Corporate Services Inc., that is located at a different address, 476

-1-

Riverside Avenue, Jacksonville, Florida 32202.[1] The present motion does not address this discrepancy.

For this reason, the motion (Doc. No. 12) is **DENIED without prejudice**. Plaintiff shall file a renewed motion within **fourteen (14) days** of this Order, which must include a memorandum of legal authority establishing that service of process on Defendant was proper under applicable law.

**DONE** and **ORDERED** in Orlando, Florida on May 1, 2026.

_Leslie Hoffman Price_

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

---

[1] Records maintained by the Florida Department of State, Division of Corporations, are available at https://search.sunbiz.org/Inquiry/CorporationSearch/ByName (last visited May 1, 2026). The records for records for Defendant are accessible by entering "Revco Solutions, Inc." into the "Entity Name" field.

-2-